# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Valentine B. Linda                                    CHAPTER 13
                    Debtor(s)
                                                             BKY. NO. 17-14700 elf

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner, Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734