# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-14700-ELF

VALENTINE B LINDA

340 E. FIRST AVENUE

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VALENTINE B LINDA

    340 E. FIRST AVENUE

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    ROBERT J. BIRCH ESQ.
    325 SENTRY PARKWAY

    BLUE BELL, PA 19422-

Date: 10/12/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee