### UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : |
| **LINDA VALENTINE** | : |
| | : **NO.** 17-14700-elf |
| **DEBTOR** | : |
| | : |

### OBJECTION TO PROOFS OF CLAIM OF
### SPECIALIZED LOAN SERVICING, LLC.

NOW COMES, Linda Valentine ("Debtor"), by her attorney of record, and objects to the Proof of Claim filed by Specialized Loan Servicing, LLC ("Specialized") and states as follows:

1.      The Debtor commenced this action by the filing of a Chapter 13 petition.

2.      Specialized filed a proof of claim on July 31, 2017, a copy of which is annexed hereto as **Exhibit "A."**

3.      The Proof of Claim has the following "special language" attached as an addendum:

**POC Special Language:**

Specialized Loan Servicing LLC **services the loan on the property referenced in this proof of claim. In the event the automatic stay in** this case is modified, this case dismisses, and /or the debtor obtains a discharge and a foreclosure action is commence on the mortgaged property, the foreclosure will be conducted in the name of FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC , "NOTEHOLDER". Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

4.      Specialized does not attach the mortgage, note or a servicing agreement that shows that it may pursue the POC on behalf of a trust.

5.      The above language in the POC fails to identify if there is a assignment, as none is attached, or that it is a noteholder.

6.       Moreover, the POC provides no information as to the debt.  Specialized fails to trace the assignments of the alleged debt to establish the owner of the debt or that the trust has standing to enforce the debt.

7.      The foreclosure costs claimed by Specialized in the POC are unreasonable. There are unknown charges for "property preservation fee", "title cost", various "foreclosure attorney" fees, "service costs".

1

WHEREFORE, it is respectfully request that Debtors' Objection to the proof of

claim of Specialized Loan Servicing LLC, be sustained and the claim on the Claims

Register stricken .

Dated December 4, 2017

/s/ Robert J. Birch

_____

Robert J. Birch, Esquire
Id. No. 65816
617 Swede Street
Norristown, PA 19401
(610) 277-9700

2

<u>**CERTIFICATE OF SERVICE**</u>

I, Robert J. Birch, Esquire, hereby certify that on December 4, 2017, I served

Debtors' Objection to Specialized's Proof of Claim to the following:

Andrew Kassmul
Buckley Madole, PC
PO Box 9013
Addison, TX 75001


In addition, Debtor served all parties via ECF

*/s/ **Robert J. Birch***

_____
ROBERT J. BIRCH

# EXHIBIT A

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Valentine B. Linda | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Eastern   District of   Pennsylvania (State) | |
| Case number | 17-14700-ELF | |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor    c/o Specialized Loan Servicing LLC |
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Specialized Loan Servicing LLC<br>Name<br>8742 Lucent Blvd, Suite 300<br>Number        Street<br>Highlands Ranch, Colorado 80129<br>City            State            ZIP Code<br>Contact phone    (800) 315-4757<br>Contact email | **Where should payments to the creditor be sent? (if different)**<br><br>Specialized Loan Servicing LLC<br>Name<br>PO Box 636007<br>Number        Street<br>Lit leton, Colorado 80163<br>City            State            ZIP Code<br>Contact phone    (800) 315-4757<br>Contact email |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known)              Filed on _____<br>                                                                   MM / DD / YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made  he earlier filing? |

Official Form 410                                    **Proof of Claim**                                    Page 1
4127-N-2814

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: <u>3910</u> |
|---|---|---|
| 7. | How much is the claim? | $223,826.04 .    **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful dea h, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is enti led to privacy, such as healthcare informa ion.<br><br>Money Loaned |

| 9. | Is all or part of the claim secured? | ☐ No<br>☑ Yes.  The claim is secured by a lien on property.<br><br>**Nature of Property:**<br>☑ Real estate.     If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with  his *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe:    340 East First Avenue, Malvern, Pennsylvania  19355<br>**Basis for Perfection:**    Recordation of Lien<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or o her document that shows  he lien has been filed or recorded.)<br>**Value of property:**    $<br>**Amount of the claim that is secured:**    $223,826.04<br>**Amount of the claim that is unsecured:**    $_____    (The sum of the secured and unsecured amounts should match the amount in line 7 )<br><br>**Amount necessary to cure any default as of the date of the petition:**    $30,648.69<br><br>**Annual Interest Rate** (when case was filed)    2.000000%<br>☐ Fixed<br>☑ Variable |
|---|---|---|
| 10. | Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes.  Identify the property: _____ |

Official Form 410
4127-N-2814

**Proof of Claim**

Page 2

6

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check one:* | | Amount entitled to priority |
|---|---|---|---|---|

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obliga ions (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C.§ 507(a)(7).    $ _____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ _____

☐ Taxes or penal ies owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.    $ _____

\* Amounts are subject to adjustment on 04/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or au horized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment hat when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward he debt.

I have examined he informa ion in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    07/31/2017
MM / DD / YYYY

/s/ Andrew Kussmaul
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Andrew Kussmaul | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Authorized Agent for Specialized Loan Servicing LLC | | |
| Company | Buckley Madole, P.C. | | |
| | Identify he corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | P. O. Box 9013 | | |
| | Number | Street | |
| | Addison | TX | 75001 |
| | City | State | ZIP Code |
| Contact phone | (972) 643-6600 | Email | POCInquiries@BuckleyMadole.com |

Official Form 410
4127-N-2814

**Proof of Claim**

Page 3

**Mortgage Proof of Claim Attachment**

(12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 17-14700-ELF | Principal balance: | $173,808.52 | Principal & interest due: | $15,757.44 | Principal & interest: | $543.36 |
| Debtor 1: | Valentine B. Linda | Interest due: | $8,318.87 | Prepetition fees due: | $6,353.69 | Monthly escrow: | $264.69 |
| Debtor 2: | | Fees, costs due: | $6,353.69 | Escrow deficiency for funds advanced: | $6,753.90 | Private mortgage insurance: | $0.00 |
| Last 4 digits to identify: | 3910 | Escrow deficiency for funds advanced: | $6,753.90 | Projected escrow shortage: | $1,892.60 | | |
| Creditor: | FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC | Deferred Amount: | $28,700.00 | Less funds on hand: - | $108.94 | Total monthly payment: | $808.05 |
| Servicer: | Specialized Loan Servicing LLC | Less total funds on hand: - | $108.94 | Total prepetition arrearage: | $30,648.69 | | |
| Fixed accrual/daily simple interest/other: | Variable | Total debt: | $223,826.04 | | | | |

**Part 5: Loan Payment History from First Date of Default**

| | | Account Activity | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| | | | | Starting Balance | | $0.00 | | | | | | $175,470.84 | $0.00 | ($84.20) | $0.00 | $0.00 |
| 11/01/2014 | $822.69 | | | Regular Payment Due | 11/01/2014 | $822.69 | | | | | | $175,470.84 | $0.00 | ($84.20) | $0.00 | $0.00 |
| 12/01/2014 | $822.69 | | | Regular Payment Due | 11/01/2014 | $1,645.38 | | | | | | $175,470.84 | $0.00 | ($84.20) | $0.00 | $0.00 |
| 01/01/2015 | $822.69 | | | Regular Payment Due | 11/01/2014 | $2,468.07 | | | | | | $175,470.84 | $0.00 | ($84.20) | $0.00 | $0.00 |
| 01/13/2015 | | | $35.00 | Property Preservation Fee | 11/01/2014 | $2,468.07 | | | | | | $175,470.84 | $0.00 | ($84.20) | $35.00 | $0.00 |
| 01/29/2015 | | $1,699.70 | $81.48 | Payment Received | 12/01/2014 | $1,645.38 | $250.91 | $292.45 | $279.33 | | $877.01 | $175,219.93 | $0.00 | $195.13 | $116.48 | $877.01 |
| 01/29/2015 | | | | Payment Applied | 01/01/2015 | $822.69 | $251.33 | $292.03 | $279.33 | | ($822.69) | $174,968.60 | $0.00 | $474.46 | $116.48 | $54.32 |
| 01/30/2015 | | | $350.45 | Escrow Disbursement: County Tax | 01/01/2015 | $822.69 | | | | | | $174,968.60 | $0.00 | $124.01 | $116.48 | $54.32 |
| 02/01/2015 | $822.69 | | | Regular Payment Due | 01/01/2015 | $1,645.38 | | | | | | $174,968.60 | $0.00 | $124.01 | $116.48 | $54.32 |
| 02/17/2015 | | | ($35.00) | Property Preservation Fee | 01/01/2015 | $1,645.38 | | | | | | $174,968.60 | $0.00 | $124.01 | $81.48 | $54.32 |

Official Form 410 A                          Mortgage Proof of Claim Attachment                          Page 1 of 5

4127-N-2814

**Mortgage Proof of Claim Attachment: Additional Page**  (12/15)

| Case number: | 17-14700-ELF |
| Debtor 1: | Valentine B. Linda |

### Part 5: Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or incurred | | | | |
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2015 | $543 36 | | | Regular Payment Due | 01/01/2015 | $2,188.74 | | | | | | $174,968 60 | $0 00 | $124 01 | $81.48 | $54 32 |
| 04/01/2015 | $543 36 | | | Regular Payment Due | 01/01/2015 | $2,732.10 | | | | | | $174,968 60 | $0 00 | $124 01 | $81.48 | $54 32 |
| 04/06/2015 | | | $372.09 | Escrow Disbursement: City Tax | 01/01/2015 | $2,732.10 | | | | | | $174,968 60 | $0 00 | ($248 08) | $81.48 | $54 32 |
| 05/01/2015 | $543 36 | | | Regular Payment Due | 01/01/2015 | $3,275.46 | | | | | | $174,968 60 | $0 00 | ($248 08) | $81.48 | $54 32 |
| 05/15/2015 | | | $787.18 | Escrow Disbursement: Hazard Insurance | 01/01/2015 | $3,275.46 | | | | | | $174,968 60 | $0 00 | ($1,035 26) | $81.48 | $54 32 |
| 06/01/2015 | $543 36 | | | Regular Payment Due | 01/01/2015 | $3,818.82 | | | | | | $174,968 60 | $0 00 | ($1,035 26) | $81.48 | $54 32 |
| 06/30/2015 | | $1,591 06 | | Payment Received | 02/01/2015 | $2,996.13 | $251.75 | $291 61 | $279.33 | | $768 37 | $174,716 85 | $0 00 | ($755 93) | $81.48 | $822 69 |
| 06/30/2015 | | $108 94 | | Payment Applied | 03/01/2015 | $2,173.44 | $252.17 | $291.19 | $279.33 | | ($713.75) | $174,464 68 | $0 00 | ($476 60) | $81.48 | $108 94 |
| 07/01/2015 | $543 36 | | | Regular Payment Due | 03/01/2015 | $2,716.80 | | | | | | $174,464 68 | $0 00 | ($476 60) | $81.48 | $108 94 |
| 07/24/2015 | | | $1,588.03 | Escrow Disbursement: School Tax | 03/01/2015 | $2,716.80 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $81.48 | $108 94 |
| 08/01/2015 | $543 36 | | | Regular Payment Due | 03/01/2015 | $3,260.16 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $81.48 | $108 94 |
| 09/01/2015 | $543 36 | | | Regular Payment Due | 03/01/2015 | $3,803.52 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $81.48 | $108 94 |
| 10/01/2015 | $543 36 | | | Regular Payment Due | 03/01/2015 | $4,346.88 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $81.48 | $108 94 |
| 11/01/2015 | $543 36 | | | Regular Payment Due | 03/01/2015 | $4,890.24 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $81.48 | $108 94 |
| 11/17/2015 | | | $330.00 | Title Cost | 03/01/2015 | $4,890.24 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $411.48 | $108 94 |
| 12/01/2015 | $543 36 | | | Regular Payment Due | 03/01/2015 | $5,433.60 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $411.48 | $108 94 |
| 01/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $5,976.96 | | | | | | $174,464 68 | $0 00 | ($2,064 63) | $411.48 | $108 94 |
| 01/27/2016 | | | $350.45 | Escrow Disbursement: County Tax | 03/01/2015 | $5,976.96 | | | | | | $174,464 68 | $0 00 | ($2,415 08) | $411.48 | $108 94 |
| 02/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $6,520.32 | | | | | | $174,464 68 | $0 00 | ($2,415 08) | $411.48 | $108 94 |
| 03/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $7,063.68 | | | | | | $174,464 68 | $0 00 | ($2,415 08) | $411.48 | $108 94 |
| 03/31/2016 | | | $372.09 | Escrow Disbursement: City Tax | 03/01/2015 | $7,063.68 | | | | | | $174,464 68 | $0 00 | ($2,787.17) | $411.48 | $108 94 |
| 04/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $7,607.04 | | | | | | $174,464 68 | $0 00 | ($2,787.17) | $411.48 | $108 94 |
| 04/25/2016 | $656.16 | $656.16 | | Principal Applied | 03/01/2015 | $7,607.04 | $656.16 | | | | | $173,808 52 | $0 00 | ($2,787.17) | $411.48 | $108 94 |
| 05/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $8,150.40 | | | | | | $173,808 52 | $0 00 | ($2,787.17) | $411.48 | $108 94 |
| 05/16/2016 | | | $790.44 | Escrow Disbursement: Hazard Insurance | 03/01/2015 | $8,150.40 | | | | | | $173,808 52 | $0 00 | ($3,577 61) | $411.48 | $108 94 |
| 06/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $8,693.76 | | | | | | $173,808 52 | $0 00 | ($3,577 61) | $411.48 | $108 94 |
| 06/07/2016 | | | $705.00 | Foreclosure Attorney Fee | 03/01/2015 | $8,693.76 | | | | | | $173,808 52 | $0 00 | ($3,577 61) | $1,116.48 | $108 94 |
| 07/01/2016 | $543 36 | | | Regular Payment Due | 03/01/2015 | $9,237.12 | | | | | | $173,808 52 | $0 00 | ($3,577 61) | $1,116.48 | $108 94 |

**Mortgage Proof of Claim Attachment: Additional Page**

(12/15)

| Case number: | 17-14700-ELF |
| Debtor 1: | Valentine B. Linda |

**Part 5: Loan Payment History from First Date of Default**

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Account Activity | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or incurred | | | | |
| 08/01/2016 | $543.36 | | | Regular Payment Due | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($3,577.61) | $1,116.48 | $108.94 |
| 08/16/2016 | | | $1,627.91 | Escrow Disbursement: School Tax | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $1,116.48 | $108.94 |
| 08/22/2016 | | | $350.00 | Foreclosure Attorney Fee | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $1,466.48 | $108.94 |
| 08/22/2016 | | | $200.00 | Service Cost | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $1,666.48 | $108.94 |
| 08/22/2016 | | | $173.00 | Court/Filing Cost | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $1,839.48 | $108.94 |
| 08/22/2016 | | | $1,175.00 | Foreclosure Attorney Fee | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $3,014.48 | $108.94 |
| 08/23/2016 | | | ($350.00) | Foreclosure Attorney Fee | 03/01/2015 | $9,780.48 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,664.48 | $108.94 |
| 09/01/2016 | $543.36 | | | Regular Payment Due | 03/01/2015 | $10,323.84 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,664.48 | $108.94 |
| 09/20/2016 | | | $10.15 | Service Cost | 03/01/2015 | $10,323.84 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,674.63 | $108.94 |
| 09/20/2016 | | | $75.00 | Service Cost | 03/01/2015 | $10,323.84 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,749.63 | $108.94 |
| 09/20/2016 | | | $525.00 | Foreclosure Attorney Fee | 03/01/2015 | $10,323.84 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $3,274.63 | $108.94 |
| 09/21/2016 | | | ($525.00) | Foreclosure Attorney Fee | 03/01/2015 | $10,323.84 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,749.63 | $108.94 |
| 10/01/2016 | $543.36 | | | Regular Payment Due | 03/01/2015 | $10,867.20 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,749.63 | $108.94 |
| 10/20/2016 | | | ($124.48) | Corporate Advance Adjustment | 03/01/2015 | $10,867.20 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,625.15 | $108.94 |
| 11/01/2016 | $543.36 | | | Regular Payment Due | 03/01/2015 | $11,410.56 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,625.15 | $108.94 |
| 11/15/2016 | | | $1.57 | Service Cost | 03/01/2015 | $11,410.56 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,626.72 | $108.94 |
| 11/15/2016 | | | $200.00 | Service Cost | 03/01/2015 | $11,410.56 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,826.72 | $108.94 |
| 12/01/2016 | $543.36 | | | Regular Payment Due | 03/01/2015 | $11,953.92 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,826.72 | $108.94 |
| 01/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $12,497.28 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,826.72 | $108.94 |
| 01/12/2017 | | | $13.75 | Service Cost | 03/01/2015 | $12,497.28 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $2,840.47 | $108.94 |
| 01/12/2017 | | | $735.75 | Service Cost | 03/01/2015 | $12,497.28 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $3,576.22 | $108.94 |
| 01/12/2017 | | | $785.00 | Foreclosure Attorney Fee | 03/01/2015 | $12,497.28 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $4,361.22 | $108.94 |
| 01/13/2017 | | | ($735.75) | Service Cost | 03/01/2015 | $12,497.28 | | | | | | $173,808.52 | $0.00 | ($5,205.52) | $3,625.47 | $108.94 |
| 01/30/2017 | | | $367.79 | Escrow Disbursement: County Tax | 03/01/2015 | $12,497.28 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,625.47 | $108.94 |
| 02/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $13,040.64 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,625.47 | $108.94 |
| 02/01/2017 | | | ($160.12) | Corporate Advance Adjustment | 03/01/2015 | $13,040.64 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,465.35 | $108.94 |
| 02/28/2017 | | | $9.69 | Service Cost | 03/01/2015 | $13,040.64 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,475.04 | $108.94 |
| 02/28/2017 | | | $20.00 | Court/Filing Cost | 03/01/2015 | $13,040.64 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,495.04 | $108.94 |

Official Form 410 A                    Mortgage Proof of Claim Attachment                    Page 3 of 5

4127-N-2814

**Mortgage Proof of Claim Attachment: Additional Page**    (12/15)

| Case number: | 17-14700-ELF |
| Debtor 1: | Valentine B. Linda |

**Part 5: Loan Payment History from First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or incurred | | | | |
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2017 | | | $34.00 | Court/Filing Cost | 03/01/2015 | $13,040.64 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,529.04 | $108.94 |
| 03/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $13,584.00 | | | | | | $173,808.52 | $0.00 | ($5,573.31) | $3,529.04 | $108.94 |
| 03/24/2017 | | | $372.09 | Escrow Disbursement: City Tax | 03/01/2015 | $13,584.00 | | | | | | $173,808.52 | $0.00 | ($5,945.40) | $3,529.04 | $108.94 |
| 04/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $14,127.36 | | | | | | $173,808.52 | $0.00 | ($5,945.40) | $3,529.04 | $108.94 |
| 04/20/2017 | | | $16.13 | Service Cost | 03/01/2015 | $14,127.36 | | | | | | $173,808.52 | $0.00 | ($5,945.40) | $3,545.17 | $108.94 |
| 04/20/2017 | | | $2,000.00 | Sheriff/Auctioneer Fee | 03/01/2015 | $14,127.36 | | | | | | $173,808.52 | $0.00 | ($5,945.40) | $5,545.17 | $108.94 |
| 04/20/2017 | | | $560.00 | Foreclosure Attorney Fee | 03/01/2015 | $14,127.36 | | | | | | $173,808.52 | $0.00 | ($5,945.40) | $6,105.17 | $108.94 |
| 05/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $14,670.72 | | | | | | $173,808.52 | $0.00 | ($5,945.40) | $6,105.17 | $108.94 |
| 05/09/2017 | | | $808.50 | Escrow Disbursement: Hazard Insurance | 03/01/2015 | $14,670.72 | | | | | | $173,808.52 | $0.00 | ($6,753.90) | $6,105.17 | $108.94 |
| 06/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $15,214.08 | | | | | | $173,808.52 | $0.00 | ($6,753.90) | $6,105.17 | $108.94 |
| 06/27/2017 | | | $330.00 | Title Cost | 03/01/2015 | $15,214.08 | | | | | | $173,808.52 | $0.00 | ($6,753.90) | $6,435.17 | $108.94 |
| 07/01/2017 | $543.36 | | | Regular Payment Due | 03/01/2015 | $15,757.44 | | | | | | $173,808.52 | $0.00 | ($6,753.90) | $6,435.17 | $108.94 |
| 07/11/2017 | | | | Petition Date | 03/01/2015 | $15,757.44 | | | | | | $173,808.52 | $0.00 | ($6,753.90) | $6,435.17 | $108.94 |
| 07/11/2017 | | | ($81.48) | Late Fee | 03/01/2015 | $15,757.44 | | | | | | $173,808.52 | $0.00 | ($6,753.90) | $6,353.69 | $108.94 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Valentine B. Linda |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for he: | Eastern    District of    Pennsylvania (State) |
| Case number | 17-14700-ELF |

## Mortgage Proof of Claim Attachment: Addendum

**POC Special Language:**

Specialized Loan Servicing LLC services the loan on the property referenced in this proof of claim. In the event the automatic stay in this case is modified, this case dismisses, and /or the debtor obtains a discharge and a foreclosure action is commence on the mortgaged property, the foreclosure will be conducted in the name of FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC , "NOTEHOLDER". Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.