UNITED STATES BANKRUPCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LINDA VALENTINE                          : Case No. 17-14700-elf
                                                :
   DEBTOR                                       :

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee. Debtor shall pay to the Trustee the sum of $500 monthly commencing on August 15, 2017. This is a 60 month Plan.

2. From the payments so received, the Trustee shall make disbursements as follows:

   A. Priority Claims. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507, as follows:

      a. Trustee's commissions. The Trustee shall be compensated at the amount as determined by the office of the U.S. Trustee, not to exceed 10%, plus applicable fees. This amount shall be paid in the manner commonly used within the District.

      b. Attorney's Fees. None.

   B. Secured Claims.

      a. Trustee shall pay FV-1 INC , IN TRUST FOR *MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC*, the total sum of $25,000 from the Debtor's monthly payments to the Trustee.

      b. Debtor shall file an adversary complaint and also seek reconsideration of the judgment entered in the Court of Common Pleas as Debtor believes that fraud was perpetrated on the Court.

   C. To the Unsecured Creditors, Trustee shall pay the following claims in full:

      a. None

3. The following executory contracts of the Debtors are rejected: None.

4. Title to the Debtors' property shall revest in the Debtors upon confirmation of the Chapter 13 Plan pursuant to 11 U.S.C. §350.

Dated: February 12, 2018                    /s/ **Linda Valentine**
                                            _____
                                            Linda Valentine

1