## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
    **LINDA VALENTINE** :
: **NO.** 17-14700-elf
    **DEBTOR** :
:

## PRAECIPE TO WITHDRAW OBJECTION TO
## THE PROOF OF CLAIM OF SPECIALIZED LOAN SERVING, LLC

**TO THE CLERK:**

Kindly withdraw Debtor's Objection to the Proof of Claim of Specialized Loan Servicing, LLC.

Date: March 19, 2018

/s Robert J. Birch

Robert J. Birch, Esquire

1