**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **VALENTINE LINDA,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 17-14700 ELF** |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **March 20, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before April 3, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date: **March 20, 2018**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**