United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Valentine B Linda  
      Debtor

Case No. 17-14700-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Marie     Page 1 of 1     Date Rcvd: Mar 22, 2018  
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.  
db            +Valentine B Linda,   340 E. First Avenue,   Malvern, PA 19355-2712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:  
         KEVIN G. MCDONALD    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage  
          Capital Holdings LLC KMcDonald@blankrome.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage  
          Capital Holdings LLC bkgroup@kmllawgroup.com  
         ROBERT J. BIRCH    on behalf of Debtor Valentine B Linda robert@robertbirchlaw.com  
         THOMAS I. PULEO    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital  
          Holdings LLC tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **VALENTINE LINDA,** | : | **Chapter 13** |
| | | : | |
| | **Debtor** | : | **Bky. No.  17-14700 ELF** |

# O R D E R

**AND NOW,** after a hearing, and for the reasons stated in court on **March 20, 2018,** it is hereby **ORDERED** that:

1. The Debtor shall file (and serve in accordance with the rules of court) any further proposed amended chapter 13 plan **on or before April 3, 2018**.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  **March 20, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**