**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

VALENTINE B LINDA                                    Chapter 13

                        Debtor              Bankruptcy No. 17-14700-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____25th_____ day of _____April_____, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
                        Eric L. Frank
                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT J. BIRCH ESQ.
325 SENTRY PARKWAY

BLUE BELL, PA 19422-

Debtor:
VALENTINE B LINDA

340 E. FIRST AVENUE

MALVERN, PA 19355