United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14700-elf
Valentine B Linda                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Apr 25, 2018
                             Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
db           +Valentine B Linda,    340 E. First Avenue,    Malvern, PA 19355-2712
13949742     +FV-1, Inc. IN Trust for Morgan Stanley,    8742 Lucent Boulevard,    Littleton, CO 80129-2302
13959740     +FV-1, Inc., Trustee (See 410),    C/O Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Apr 26 2018 02:18:26    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2018 02:18:05
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 26 2018 02:18:18    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                    Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
              Capital Holdings LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
              Capital Holdings LLC bkgroup@kmllawgroup.com
              ROBERT J. BIRCH    on behalf of Debtor Valentine B Linda robert@robertbirchlaw.com
              THOMAS I. PULEO    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage Capital
              Holdings LLC tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

VALENTINE B LINDA                                    Chapter 13


                              Debtor              Bankruptcy No. 17-14700-ELF


**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____25th_____ day of _____April_____, 201_8_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


_____
                              Eric L. Frank
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT J. BIRCH ESQ.
325 SENTRY PARKWAY

BLUE BELL, PA 19422-


Debtor:
VALENTINE B LINDA

340 E. FIRST AVENUE

MALVERN, PA 19355